669      In re Provincetown-Boston Airline, Inc. Securities Litigation

| Date | No. | Entry |
|---|---|---|
| 85/10/16 | 1 | MOTION, BRIEF, SCHEDULE, EXHIBITS A-J, CERT. OF SERVICE -- Plaintiffs Peter M. Zollman, et al. -- SUGGESTED TRANSFEREE DISTRICT: S.D. FLORIDA, SUGGESTED TRANSFEREE JUDGE: ? (cds) |
| 85/10/25 |  | APPEARANCES: JEFFREY HERRMANN, ESQ. FOR Sidney M. Miller; Thomas H. Seymour Esq. for Peter M. Zollman, et al.; CHARLES A. GILMAN, ESQ. for E.F. Hutton & Co., Inc.; MICHAEL B. MUKASEY, ESQ. for Provincetown-Boston Airline, Inc.; THOMAS FITZPATRICK, ESQ. for Frederick R. Valentine; TERRENCE J. CONNOLLY, ESQ. for Jean E. Ferrone, Mary E. Van Arsdale, and William G. Van Arsdale; DOUGLAS F. EATON, ESQ. for Maurice P. Morissette, Jr.; FRANK H. WOHL, ESQ. FOR Peter Van Arsdale (cds) |
| 85/10/28 |  | APPEARANCES: THOMAS KLEINBERG, ESQ. for Edwin J. Putzell, Jr., Ernest R. Preston, Jr., and Philip L. Thomas; JULIAN W. FRIEDMAN, ESQ. for John Zate; DENNIS J. BLOCK, ESQ. for John Van Arsdale(cds) |
| 85/10/31 | 2 | RESPONSE/MEMORANDUM -- E.F. Hutton & Co., Inc., Provincetown-Boston Airlines, Inc., Maurice Morisette, C. Bill Gregg, Ernest R. Preston, Jr., Edward J. Putzell, Jr., Philip L. Thomas, John E. Zate, Frederick R. Valentine, Peter H. Van Arsdale, John C. Van Arsdale, Jr., Jean E. Ferrone, Mary E. Van Arsdale and William G. Van Arsdale -- w/cert. of svc. (rh) |
| 85/10/31 | 3 | REQUEST FOR EXTENSION OF TIME -- pltf. Sidney M. Miller -- GRANTED AND TO INCLUDING NOVEMBER 1, 1985 (rh) |
| 85/11/01 | 4 | RESPONSE -- (to pldg.#1) Sidney M. Miller, et al. -- w/cert. of svc. (rh) |
| 85/11/15 | 5 | REPLY -- (to pldg. #1) Peter M. Zollman, et al. -- w/cert. of svc. and exhibits A and B (rh) |
| 85/12/11 |  | HEARING ORDER -- Setting motion to transfer for Panel Hearing on January 23, 1986 in Miami, Florida (rh) |

JPML FORM 1A

## DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. ___ -- _____

| Date | Ref. | Pleading Description |
|---|---|---|
| 86/01/22 | | HEARING APPEARANCES: (MDL-669) THOMAS H. SEYMOUR, ESQ. for Peter M. Zollman & George A. Gulla; MICHAEL B. MUKASEY, ESQ. for Provicetown-Boston Airline, Inc.; CHARLES A. GILMAN, ESQ. for E.F. Hutton & Company, Inc.; NORMAN C. KLEINBERG, ESQ. for C. Bill Gregg; JEFFREY W. HERRMANN, ESQ. for Sidney M. Miller. (paa) |
| 86/01/22 | | WAIVER OF HEARING APPEARANCE: (MDL-669) DOUGLAS F. EATON, ESQ. for Maurice P. Morissette, Jr.; TERRENCE J. CONNOLLY, ESQ. for Jean Ferrone, et al.; THOMAS FITZPATRICK, ESQ. for Frederick Valentine; JULIAN FRIEDMAN, ESQ. for John E. Zate; FRANK H. WOHL, ESQ. for Peter Van Arsdale. (paa) |
| 86/02/14 | | CONSENT OF TRANSFEREE DISTRICT -- for transfer of action to S.D. New York before Judge Stewart (cds) |
| 86/02/14 | | TRANSFER ORDER -- transferring A-2 to the Southern District of New York before the Honorable Charles E. Stewart, Jr. for pretrial proceedings -- NOTIFIED INVOLVED JUDGES, CLERKS, COUNSEL AND MISC. RECIPIENTS (cds) |

JPML Form 1

Revised: 8/78

**DOCKET NO. 669 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

**CAPTION:** In re Provincetown-Boston Airline, Inc. Securities Litigation

## SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| Jan. 23, 1986 | Feb. 14, 1986 | TO | Unpublished | S.D. New York  *208* | Charles E. Stewart, Jr. | |

*M-21-42-CES*

**Special Transferee Information**

DATE CLOSED: 8/17/89

JPML FORM 1

LISTING OF INVOLVED ACTIONS

DOCKET NO. 669 -- In re Provincetown-Boston Airline, Inc. Securities Litigation

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Sidney M. Miller, et al. v. Provincetown-Boston Airline, Inc., et al. | N.Y.,S. Stewart | 84-Civ-9251 (CES) | | | 8/17/84 (Closed) | |
| A-2 | Peter M. Zollman, et al. v. John C. Van Arsdale, Jr., et al. | Fla.,S. King | 85-0655-Civ-King | 2/14/86 | 86-1739 | 9/7/87 | |

July 1990 - 2 Dis/ Litigation Closed

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 669 -- In re Provincetown-Boston Airline, Inc. Securities Litigation

---

SIDNEY M. MILLER, ET AL. (A-1)
Jeffrey W. Herrmann, Esq.
Cohn & Lifland
Park 80 Plaza West One
Saddle Brook, NJ  07662

PETER M. ZOLLMAN, ET AL. (A-2)
Thomas H. Seymour, Esq.
Kenny Nachwalter & Seymour
400 Edward Ball Building
100 Chopin Plaza - Miami Center
Miami, FL  33132

E. F. HUTTON & CO., INC.
Charles A. Gilman, Esq.
Cahill Gordon & Reindel
80 Pine Street
New York, NY  10005

PROVINCETOWN-BOSTON AIRLINE, INC.
Michael B. Mukasey, Esq.
Patterson, Belknap, Webb & Tyler
30 Rockefeller Plaza
New York, NY  10112

FREDERICK R. VALENTINE
Thomas Fitzpatrick
80 Pine Street
New York, NY  10005

JEAN E. FERRONE
MARY E. VAN ARSDALE
WILLIAM G. VAN ARSDALE
Terrence J. Connolly, Esq.
Cadwalader, Wickersham & Taft
100 Maiden Lane
New York, NY  10038

MAURICE P. MORISSETTE, JR.
Douglas F. Eaton, Esq.
598 Madison Avenue
New York, NY  10022

PETER VAN ARSDALE
Frank H. Wohl, Esq.
Lankler Siffert & Wohl
1120 Avenue of the Americas
New York, NY  10036

ERNEST R. PRESTON, JR.
EDWIN J. PUTZELL, JR.
PHILLIP L. THOMAS

Norman C. Kleinberg, Esq.
Hughes Hubbard & Reed
One Wall Street
New York, NY  10005

JOHN C. VAN ARTSDALE, JR.
Dennis J. Block, Esq.
Weil, Gotshal & Manges
767 Fifth Avenue
New York, NY  10153

JOHN E. ZATE
Julian Friedman, Esq.
Stillman Friedman & Shaw
521 Fifth Avenue
New York, NY  10175

C. BILL GREGG
Norman C. Kleinberg, Esq.
(see above)

JPML FORM 3

p. /

## COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 669 -- In re Provincetown-Boston Airline, Inc. Securities Litigation

| | Name of Party | Named as Party in Following Actions |
|---|---|---|
| ✓ | Provincetown-Boston Airline, Inc. | A-1 |
| | John C. Van Arsdale, Jr. | A-1, A-2 |
| ✓ | Peter H. Van Arsdale | A-1, A-2 |
| | John E. Zate | A-1, A-2 |
| ✓ | Frederick R. Valentine | A-1, A-2 |
| | Maurice P. Morissette, Jr. | A-1, A-2 |
| | C. Bill Gregg | A-1, A-2 |
| | Ernest R. Preston, Jr. | A-1, A-2 |
| | Edwin J. Putzell, Jr. | A-1, A-2 |
| | Phillip L. Thomas | A-1, A-2 |
| ✓ | Jean E. Ferrone | A-1 |

p. 2

| | |
|---|---|
| Mary E. Van Arsdale | A-1 |
| William G. Van Arsdale | A-1 |
| E.F. Hutton & Co., Inc. | A-1, A-2 |
| | |
| | |
| | |
| | |
| | |
| | |
| | |